UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephen F. Kinsella and<br>Catherine Kinsella, individually,<br>as husband and wife, and as<br>parents and natural guardians of<br>M.K.K., a minor,<br><br>               Plaintiffs,<br><br>v.<br><br>David Wallace Johnson,<br><br>               Defendant. | Case No. 14-cv-5106 (PAM/HB)<br><br><br><br><br><br><br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation for Approval of Minor Settlement (Docket No. 62). Pursuant to that Stipulation and in accordance with Minn. Stat. § 540.08, **IT IS HEREBY ORDERED that**:

1. The settlement of M.K.K's claims in this case in the amount of $15,000 is **APPROVED**.

2. Stephen or Catherine Kinsella are hereby authorized to sign any release documents necessary to effectuate the settlement.

3. Robert Edwards's attorney's fees in the amount of $5,000 are also **APPROVED**.

4. The balance of the settlement ($10,000) shall be paid by defendant or his insurer and deposited into a financial institution selected by Stephen or Catherine Kinsella which insures such deposit by Federal Deposit Insurance.

5. The account shall be opened and the deposit document shall be issued in the name of M.K.K.

6. Stephen or Catherine Kinsella shall supply the financial institution in question with M.K.K.'s Social Security Number at the time of the deposit.

7. No withdrawals from that account before M.K.K's 18th birthday on May 11, 2018, may occur without Court order.  After May 11, 2018, M.K.K. will have unrestricted access to the funds.

8. The financial institution shall acknowledge receipt of a copy of this Order and the $10,000 deposit and shall acknowledge that no disbursements or withdrawals from that account shall occur without court order. A copy of the form to be used by the financial institution is attached hereto. The financial institution is obligated to return a completed copy of this form to the Court immediately on receipt of the deposit.

9. Time deposits shall be established with a maturity date on or before May 11, 2018, M.K.K.'s age of majority. If automatically renewing instruments of deposit are used, the final renewal period shall be limited to the date of May 11, 2018.

Dated: September 7, 2016

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge